UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| SIMRAN CHOUDHARY,<br><br>        Petitioner,<br><br>   v.<br><br>ALBARRAN, et al.,<br><br>        Respondents. | No. 1:26-cv-00119-WBS-CKD<br><br><br><br>ORDER |

----oo0oo----

        Respondents are ORDERED to file their opposition to Petitioner's Motion for Temporary Restraining Order (Docket No. 2) by noon on January 12, 2026.  In their response, Respondents are ORDERED to provide the reasons for which Petitioner was re-detained by Immigration and Customs Enforcement on November 17, 2025.  The court will then take the motion under submission and will inform the parties if oral argument or further proceedings are necessary.

        IT IS SO ORDERED.

Dated:  January 8, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1